FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 25, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

Brian Lamprea
(Name of Plaintiff)

vs.

County Jail officer Shane Thomas
County Jail officer John Doe
County Jail officer Jane Doe

(Names of Defendant(s))

CIVIL RIGHTS COMPLAINT
BY A PRISONER UNDER 42
U.S.C. § 1983

2:16-CV-022-JTR

**I. Previous Lawsuits:**

A. Have you brought any other lawsuits in any federal court in the United States while a prisoner?:

☐ Yes    ☑ No

B. If your answer to A is yes, how many?: N/A . Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiff: N/A

   Defendants: N/A

RECEIVED

JAN 2 5 2016

CLERK, U.S. DISTRICT COURT
SPOKANE, WA

2

2. Court (give name of District): N/A

3. Docket Number: N/A

4. Name of judge to whom case was assigned: N/A

5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?): N/A

6. Approximate date of filing lawsuit: N/A

7. Approximate date of disposition: N/A

II. Place of Present Confinement: Clallam bay Correction Center

    A. Is there a prisoner grievance procedure available at this institution?  ☒ Yes  ☐ No

    B. Have you filed any grievances concerning the *facts* relating to this complaint?  ☐ Yes  ☒ No

    If your answer is NO, explain why not:
Because the incident did NOT occur in Clallam bay Correction Center. It occured in the Walla Walla County Jail.

    C. Is the grievance process completed?  ☐ Yes  ☒ No

    If your answer is YES, ATTACH A COPY OF THE <u>FINAL</u> GRIEVANCE RESOLUTION for any grievance concerning facts relating to this case.

III. Parties to this Complaint

    A. Name of Plaintiff: Brian Lamprea    Inmate No.: 357856

    Address: 1830 Eagle crest way, Clallam bay, WA. 98326

(In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

    B. Defendant: County jail officer Shane Thomas  Official Position: County jail officer

    Place of employment: Walla Walla County jail

3

C. Additional defendants county jail officer John Doe, County jail officer, walla walla county jail
county jail officer Jane Doe, county jail officer, walla walla county jail.

**IV. Statement of Claim**

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates, places, and other persons involved. Do not give any legal arguments or cite any cases or statutes. If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

See Attached Pages.

4

# IV. Statement of Claim

On or about February of 2013, I was incarcerated at the Walla Walla County Jail and housed in "H" tank. I was sitting in the dayroom one day when I got a splinter stuck in my right hand from the wooden table that's in the dayroom. The next day my hand started hurting. With in the first three days, my hand got extremely swollen and I was in severe and excruciating pain. I asked the jail staff to take me to the hospital but they refused. They told me I had to wait for the County jail doctor to arrive. I waited a few more days until I finally saw the jail doctor. He saw how swollen my hand was but he also refused to let me go to the hospital. He prescribed me some antibiotics. I told him I needed to go to the hospital because I was sure I had an infection because of how much my hand hurt and how swollen it was. He told me that if I was such a "tough gang member" that I can handle a little pain. The antibiotics did not help at all. I was in so much pain that I couldn't sleep at night. Multiple times at night I pushed the emergency button and told them I needed to go to the hospital. At one point that I pushed the emergency button, County officer Shane Thomas was in the booth in the booking area of the jail. He threatened to infract me if I kept pushing the emergency button. He also refused to let me go to the hospital. County officer John Doe, which was working on the floor that "H" tank is at, was the one who responded to the emergency calls. I told him that I was in severe pain and that I needed to go to the hospital immediately. I showed him how swollen my hand was and he told me that I wasn't going to the hospital. I told him that I couldn't sleep because of the pain and he just smiled mockingly and told

me to deal with it. At the time, there was an inmate incarcerated with me in "H" tank by the name of Tyler Reeve. He witnessed how the county jail officers refused to take me to the hospital and he also saw that I was in lots of pain and how swollen my hand was. I also asked county officer Jane Doe if I can go to the hospital. She refused and accused me of not being careful and that it was my own fault that I was in so much pain. It wasn't until I told one of the jail staff that I would sue them if they didn't take me to the hospital that they finally complied. But they made me wait to see the County Jail doctor again. He comes to the county jail every Wednesday. So it had been a week or more that I was suffering from pain and loss of sleep. Finally when I saw the jail doctor again he said I needed to go to the hospital right away. When I arrived at St. Mary's Providence Center in Walla Walla, the doctor there told me I needed to go into immediate surgery. I still had Ten days to serve on my sentence but since the county jail didn't want to pay for my medical bills, they decided to release me early. It turns out I got a Staph infection due to the splinter in my right hand. This concludes my Statement of claim.

## V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I would like my medical bills to be paid in full. I would also like to be compensated for pain and suffering as well as mental anguish and loss of sleep.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 14th day of January 20 16.

_____
(Signature of Plaintiff)

5

## NAMES AND ADDRESSES OF DEFENDANT(S)

Please list the names and addresses of all defendants on this form.

| DEFENDANT(S) NAME: | ADDRESS: |
|---|---|
| Shane Thomas | 300 W. Alder St. Walla Walla, WA. 99362 |
| John Doe | 300 W. Alder St. Walla Walla, WA. 99362 |
| Jane Doe | 300 W. Alder St Walla Walla, WA. 99362 |
| | |
| | |
| | |
| | |
| | |
| | |