UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN LAMPREA,<br>Plaintiff,<br>v.<br>COUNTY JAIL OFFICER SHANE THOMAS, COUNTY JAIL OFFICER JOHN DOE, and COUNTY JAIL OFFICER JANE DOE,<br>Defendants. | NO: 2:16-CV-22-RMP<br>ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE |

By Report and Recommendation filed March 18, 2016, Magistrate Judge Rodgers recommended that this action be dismissed without prejudice pursuant to Plaintiff's motion to voluntarily dismiss under Fed. R. Civ. P. 41(a). Defendants have not been served.

There being no objections, **IT IS ORDERED** that the Report and Recommendation, ECF No. 10, is **ADOPTED in its entirety. IT IS FURTHER**

**ORDERED** Plaintiff's Motion, **ECF No. 8**, is **GRANTED,** and this action is dismissed without prejudice.

For good cause shown, **IT IS ALSO ORDERED** that Plaintiff's Motion to Waive Collection of the Filing Fee, **ECF No. 9,** is **GRANTED**, and the institution having custody of Mr. Lamprea shall cease collection of the filing fee in this action, cause number **2:16-CV-00022-RMP,** formerly **JTR.**

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff and close the file. The District Court Executive is further directed to send a copy of this Order to the Office of the **Department of Corrections, Attn: LFO/COS UNIT, P.O. Box 41107, Olympia, WA 98504-1107,** to forward to the appropriate agency having custody of Plaintiff. The District Court Executive also shall provide a copy of this Order to the Financial Administrator for the United States District Court, Eastern District of Washington.

**DATED** this 1st day of April 2016.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge