# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Brian Lamprea, *Plaintiff* <br> v. <br> County Jail Officer Shane Thomas, County Jail Officer John Doe, and County Jail Officer Jane Doe, *Defendant* | Civil Action No. 2:16-cv-00022-RMP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Report and Recommendation, ECF No. 10, is ADOPTED in its entirety. IT IS FURTHER ORDERED Plaintiff's Motion, ECF No. 8, is GRANTED, and this action is dismissed without prejudice.
For good cause shown, IT IS ALSO ORDERED that Plaintiff's Motion to Waive Collection of the Filing Fee, ECF No. 9 is GRANTED, and the institution having custody of Mr. Lamprea shall cease collection of the filing fee in this action, cause number 2:16-CV-00022-RMP, formerly JTR.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on a motion for Voluntary Dismissal.

Date: 04/01/2016

CLERK OF COURT

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates